ROBERT J. MILLER, *ET AL.* v. PUBLIC SEWERAGE CORP., *ET AL.*

November 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CONNIE DEL SORDO, *ET AL.*

November 2, 1971. Petition for certification denied.

KENNETH R. DAVIDSON, *ET AL.* v. THE AMERICAN INSURANCE COMPANY.

November 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP WINTHEIM.

November 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT H. INGRAM.

November 2, 1971. Petition for certification denied.

FRANCES ROSENBERG v. TOWNSHIP OF NORTH BERGEN, *ET AL.*

November 2, 1971. Petition for certification granted. (See 115 *N. J. Super.* 322)